UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ANTHONY BENSON,<br><br>          Plaintiff,<br><br>   v.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>          Defendants. | Case No. 2:12-cv-00948-MMD-NJK<br><br>ORDER |

Petitioner has filed a motion for a first extension of time in which to file a response to the pending motion to dismiss. (Dkt. no. 20.) Petitioner seeks an enlargement of time, up to and including March 26, 2013, to file a response to the motion to dismiss. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (dkt. no. 20) is GRANTED. Petitioner's response shall be filed on or before March 26, 2013.

DATED THIS 9th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE