UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT ANTHONY BENSON, | Case No. 2:12-cv-00948-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.,* | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed a motion for a second extension of time in which to file a response to the pending motion to dismiss in this action. (Dkt. no. 22.) Although petitioner seeks a 60-day extension of time in his motion, it is generally the practice of this Court to allow extensions of time in 30-day increments. Having reviewed the motion and good cause appearing, petitioner is granted thirty (30) days from the date of service of this order in which to file his response to the motion to dismiss. If additional time is necessary, petitioner may apply for another extension at that time.

IT IS THEREFORE ORDERED that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (dkt. no. 22) is GRANTED. Petitioner's response to the motion to dismiss shall be filed within thirty (30) days from the date of service of this order.

DATED THIS 29th day of March 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE